BERT A. SHAW, *Plaintiff in Error*, vs. THE STATE OF
FLORIDA, *Defendant in Error.*

139 So. 383.

En Banc.

Decision filed February 5, 1932.

*Miles W. Lewis* and *J. W. Harrell*, for Plaintiff in Error;
*Cary D. Landis*, Attorney General, and *Roy Campbell*,
Assistant, for the State.

PER CURIAM.—In this cause Mr. Chief Justice Buford,
Mr. Justice Ellis and Mr. Justice Terrell are of Opinion
that the judgment of the Criminal Court of Record should
be affirmed, while Mr. Justice Whitfield, Mr. Justice Brown
and Mr. Justice Davis are of opinion that the said judg-
ment should be reversed. When the members of the Su-
preme Court, sitting six members in a body and after full
consultation, it appears that the members of the Court are
permanently and equally divided in opinion as to whether
the judgment should be affirmed or reversed, and there is
no prospect of an immediate change in the personnel of
the Court, the judgment should be affirmed; therefore it
is considered, ordered and adjudged under the authority
of State ex rel. Hampton vs. McClung, 47 Fla. 224, 37 So.
R. 51, that the judgment of the Circuit Court in this cause
be and the same is hereby affirmed.

Affirmed.

BUFORD, C.J. AND WHITFIELD, ELLIS, TERRELL, BROWN
AND DAVIS, J.J., concur.